

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00095-CV

---

ANTHONY DWIGHT HEARD                              APPELLANT

V.

KRISTI DAWN WEISNER                                APPELLEE

------------

### FROM THE 442ND DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 2011-70112-431

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 23, 2017, and April 10, 2017, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $205 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  KERR, J.; LIVINGSTON, C.J.; and PITTMAN, J.

DELIVERED:  April 27, 2017

---

[2] *See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).